**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o J.D.,<br><br>                    Plaintiff(s),<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>                    Defendant(s), | CIVIL ACTION NO.: 2:13-cv-02301<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed that all claims against National Railroad Passenger Corporation the above-captioned matter are hereby dismissed without costs against any parties with prejudice.

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Massood & Bronsnick, LLC
Attorneys at Law

Dated:  May 24, 2013